ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X
                                      :
UNITED STATES OF AMERICA              :
                                      :     **SEALED**
        - v. -                        :     **INDICTMENT**
                                      :
RICHARD AIDEKMAN,                     :     1  Cr
                                      :     **14 CRM304**
                Defendant.            :
- - - - - - - - - - - - - - - - - - - X

                        COUNT ONE

        The Grand Jury charges:

        On or about May 19, 2009, in the Southern District of
New York and elsewhere, RICHARD AIDEKMAN, the defendant,
embezzled, stole and unlawfully and willingly abstracted and
converted to his own use and to the use of another, the money,
funds, security, premiums, credits, property and other assets,
of an employee pension benefit plan and of any fund connected
therewith, to wit, AIDEKMAN, took funds out of the employee
pension benefit plan that he managed and deposited these funds
into the account of an unrelated business that he also managed.

        (Title 18, United States Code, Section 664.)


_____          _____
FOREPERSON                                PREET BHARARA
                                          United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|13|14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD AIDEKMAN,

Defendant.

SEALED INDICTMENT

14 Cr.

(Title 18, United States Code, Section 664.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

May 13, 2014

Filed Sealed Indictment. U.S.M.J. Debra Freeman