UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

RICHARD AIDEKMAN,
                Defendant.
------------------------------------------------------------X

14 CR. 304 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, August 26, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0304

Dated: August 18, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.