**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Government,                    14 CR. 304 (RMB)

        -against-                                    **ORDER**

RICHARD AIDEKMAN,

                      Defendant.
-------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

       Effective immediately, restitution is to be paid at the rate of 15% of Mr. Aidekman's gross revenues from all sources on a monthly basis. As set forth in the Judgment, dated January 10, 2018, all restitution is to be paid during the probationary period.

Dated: New York, New York
       August 26, 2021

                                                              _____
                                                               **Hon. Richard M. Berman, U.S.D.J.**