**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                         14 CR. 304 (RMB)

    -against-

                                                          **ORDER**

RICHARD AIDEKMAN,
                Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Tuesday, November 2, 2021 at 12:00 PM is hereby rescheduled to 12:30 PM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0304

Dated: October 28, 2021
          New York, NY

*Richard M. Berman*
_____
            RICHARD M. BERMAN
                    U.S.D.J.