UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                14 CR. 304 (RMB)

  -against-

                                                              **ORDER**

RICHARD AIDEKMAN,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, November 15, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0304

Dated: November 10, 2021
       New York, NY

                                                                       _____
                                                                              RICHARD M. BERMAN
                                                                                   U.S.D.J.