Eric M. Creizman
Direct T 212.209.4358  F 212.409.8385
ECreizman@atllp.com

SO ORDERED:
*[signature]*
RICHARD M. BERMAN U.S.D.J.

> Thanks, but no need
> for such a letter
>
> SO ORDERED:
> Date: 12/15/21  *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

December 8, 2021

*By ECF*

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  ***United States v. Richard Aidekman*, 14-CR-304 (RMB) (SDNY)**

Dear Judge Berman:

    I represent Richard Aidekman in the above-referenced matter.

    I have reviewed the government's letter to the Court, dated December 8, 2021 (ECF No. 128), requesting an adjournment of the hearing scheduled for December 16, 2021. On behalf of Mr. Aidekman, I join in that request for the reasons set forth in that letter.

    In connection with the government's suggestion that, *inter alia*, the Court "defer further investigation until the defendant provides additional information," I am writing to request the opportunity to submit a sworn declaration from Mr. Aidekman that attaches as an exhibit an annotated chronology. The chronology sets forth Mr. Aidekman's in-court statements concerning the real estate transaction in question, and includes information contained in emails and texts Mr. Aidekman received in advance of the conferences in which Mr. Aidekman made those statements. In my view, the chronology supports Mr. Aidekman's representation that he did not intentionally mislead the Court concerning the transaction.

    I respectfully request that the Court permit me to email an unredacted submission to chambers for the Court's review for filing under seal. The information contained in Mr. Aidekman's declaration and in communications reflected in the exhibit annexed to his

Hon. Richard M. Berman
December 8, 2021
Page 2

declaration contain details of negotiations and strategy concerning a private real estate transaction that, if disclosed, may prejudice one or more of the parties to the transaction.

If the Court approves this request for submission under seal, I will email the declaration and exhibit to chambers. If the Court deems it necessary, I will file a redacted version of the submission on the public docket.

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman

cc: Assistant United States Attorney Matthew Shahabian (by email)
    United States Probation Officer Robert Walsh (by email)

ARMSTRONG TEASDALE LLP