UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

    -against-

RICHARD AIDEKMAN,
            Defendant.
------------------------------------------------------------X

14 CR. 304 (RMB)

**<u>ORDER</u>**

    In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, December 16, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0304

Dated: December 15, 2021
       New York, NY

                                                  RICHARD M. BERMAN
                                                  U.S.D.J.