UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  14 CR. 304 (RMB)
   -against-

                                                  **ORDER**

RICHARD AIDEKMAN,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, March 14, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0304

Dated: March 9, 2022
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.