UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

    -against-

RICHARD AIDEKMAN,
           Defendant.
------------------------------------------------------------X

14 CR. 304 (RMB)

**ORDER**

    In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, June 30, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0304

Dated: June 22, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.