UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                                               14 CR. 304 (RMB)

  -against-

                                                                               **ORDER**

RICHARD AIDEKMAN,
            Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Thursday, June 30, 2022 at 9:00 AM is hereby rescheduled to 1:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0304

Dated: June 29, 2022
       New York, NY

                                                                  RICHARD M. BERMAN
                                                                      U.S.D.J.