UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                            14 CR. 304 (RMB)

   -against-

                                                                                          **<u>ORDER</u>**

RICHARD AIDEKMAN,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Thursday, October 6, 2022 at 9:00 AM is hereby rescheduled to 10:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       Dial-in Number: (646) 453-4442
       Conference ID: 468 624 233#

Dated: September 28, 2022
       New York, NY

                                                         _____
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.