**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

            14 CR. 304 (RMB)

  -against-

**ORDER**

RICHARD AIDEKMAN,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, November 10, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

  Dial-in Number: (646) 453-4442
  Conference ID: 468 624 233#

Dated: November 2, 2022
       New York, NY

                                _____
                                  RICHARD M. BERMAN
                                  U.S.D.J.