UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

      -against-

RICHARD AIDEKMAN,
               Defendant.
------------------------------------------------------------X

14 CR. 304 (RMB)

**ORDER**

      The supervised release hearing scheduled for Thursday, December 1, 2022 at 11:00 AM is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Access Code: 961 936 937#

Dated: November 15, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.