UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      14 CR. 304 (RMB)

   -against-

                                                      **ORDER**

RICHARD AIDEKMAN,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Wednesday, January 4, 2023 at 9:00 AM – in the absence of defense objection – will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442

       Conference ID: 357 070 698#

Dated: December 29, 2022
       New York, NY

                                                      _____
                                                       RICHARD M. BERMAN
                                                            U.S.D.J.