UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

-v-

RICHARD AIDEKMAN,

Defendant.
------------------------------------- x

Docket No.: ~~15-CR-17~~ 14cr304 (RMB)

~~[Proposed]~~ RMB

**ORDER TO RELEASE U.S. PASSPORT**

This matter having come before the Court on the application of the defendant, Richard Aidekman, by his counsel, Eric M. Creizman of Armstrong Teasdale, LLP, and for good and sufficient cause shown,

IT IS HEREBY ORDERED that the United States Pretrial Services Agency, Southern District of New York, upon Mr. Creizman's transmission of this order by certified mail with a self-addressed stamped envelope, return Mr. Aidekman's United States Passport to his counsel, Eric M. Creizman, Esq., Armstrong Teasdale LLP, 7 Times Square, Fl. 44, New York, New York 10036.

SO ORDERED.

Dated: 1/31/23, 2023

RMB
_____
HON. RICHARD M. BERMAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/23